

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022
```

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Pablo Armando Valenzuela et al.*, 22 Cr. 633 (VM)

Dear Judge Marrero:

      The Government respectfully requests that the time between today and the arraignment scheduled for December 2, 2022 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendants were indicted on November 21, 2022, *see* ECF No. 8, and the Court has scheduled the arraignment and initial conference for December 2, 2022. While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendants are arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendants time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolutions of this case. Defense counsel for both defendants have informed the Government that they consent to this request.

Request GRANTED. It is hereby ordered that time from November 22 until December 2, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

SO ORDERED
29 November 2022

*Victor Marrero*
U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
     Amanda C. Weingarten
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2257
     Amanda.Weingarten@usdoj.gov

cc (by ECF):   Michael Arthus, Esq.
                    Stephen Turano, Esq.