USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

PABLO ARMANDO VALENZUELA ET AL.,

Defendants.

**22 CR 0633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Status Conference scheduled in this action for December 2, 2022 at 9:00 AM is hereby adjourned until December 16, 2022 at 10:00 AM.

**SO ORDERED.**

Dated:     29 November 2022
           New York, New York

Victor Marrero
U.S.D.J.