USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

PABLO ARMANDO VALENZUELA,
AARON MILLER,

                Defendants.

---

22 CR 0633 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Status Conference scheduled in this action for December 16, 2022 at 10:00 AM is hereby adjourned until January 13, 2023 at 2:15 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 13, 2023.

It is hereby ordered that time until January 13, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    14 December 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.