USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

PABLO ARMANDO VALENZUELA,
AARON MILLER

               Defendants.

**22 CR 0633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

      The Status Conference scheduled in this action for Friday, January 13 at 2:15 PM is hereby rescheduled to the earlier time of 10:30 AM.

**SO ORDERED.**

Dated:     11 January 2023
            New York, New York

Victor Marrero
U.S.D.J.