**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 15, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023

**BY ECF**

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

      Re: **United States v. Pablo Armando Valenzuela**
           22-Cr-633

Dear Judge Marrero:

    I represent defendant Pablo Armando Valenzuela in the above-captioned action. On March 14, 2023, the Court ordered that co-defendant Aaron Miller's appearance would be waived for the upcoming conference on March 17, 2023. I have consulted with Mr. Valenzuela, who also wishes to waive his appearance for the upcoming conference. Mr. Valenzuela is currently incarcerated at MDC Brooklyn, where he has ongoing medical issues, and he would prefer not to travel to Court for this appearance.

    Accordingly, Mr. Valenzuela requests that his appearance on March 17 be waived pursuant to Fed. R. Crim. Pro. 43.

Sincerely,

/s/ Michael Arthus

Michael Arthus
Assistant Federal Defender
212-417-8760

**Request GRANTED.** The Court hereby excuses Pablo Armando Valenzuela from appearing at the March 17, 2023 status conference

**SO ORDERED.**

3/15/2023
DATE

/s/ Victor Marrero, U.S.D.J.