USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

— against —

PABLO ARMANDO VALENZUELA AND AARON MILLER,

Defendants.

22 CR 0633 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns sine die the status conference set for April 21, 2023 at 1:30 PM. In lieu of the conference, the parties are to inform the Court by letter whether they contemplate any motion practice, and briefly explain the basis for any such motions.

**SO ORDERED.**

Dated:   20 March, 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.