```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against –

PABLO ARMANDO VALENZUELA,

                      Defendant.

**22-CR-0633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby reschedules the hearing set in this matter for Thursday, May 11, 2023, at 2:00 PM to Friday, May 19, 2023, at 10:00 AM. The Bureau of Prisons is hereby directed to appear before this Court at the May 19 hearing. The Court further directs the Government and the Bureau of Prisons to submit a report in writing, not to exceed three pages, by Tuesday, June 16, regarding the Bureau of Prisons' failure to respond to defendant Valenzuela's request to be evaluated by a vascular specialist.

    The Court notes that the Bureau of Prisons informed the Court by email on May 9, 2023, of the following explanation:

> An in-house medical provider has evaluated Mr. Valenzuela. He was provided with compression stockings in order to address the issue. Additionally, our two doctors and two medical providers reviewed his medical

>   chart and made a clinical decision that at this time the compression stockings should be the first step in treatment. They will allow for this to take this course and will re-evaluate him. If the first method of treatment does not prove to be successful, a vascular surgery consolation will be scheduled.

This statement does not appear to be consistent with prior representations by the Bureau of Prisons on this issue, such as a statement on January 17, 2023, that a "cons[ultation] with a vascular doctor is pending scheduling by our outside scheduler," and a statement on February 16, 2023, that a consultation was "awaiting on the date from medical." (See Dkt. No. 30). The Court anticipates that the Government and the Bureau of Prisons' forthcoming report will address these apparent discrepancies.

**SO ORDERED.**

Dated:   11 May 2023
         New York, New York

Victor Marrero
U.S.D.J.