USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES,

        - against -

PABLO ARMANDO VALENZUELA,

                Defendant.

---

**22-CR-0633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby authorizes the filing of a redacted public version of report the Court requested regarding treatment for defendant Valenzuela's medical condition. (See Dkt. No. 36.)

**SO ORDERED.**

Dated:    15 May, 2023
            New York, New York

*Victor Marrero*
U.S.D.J.