```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

- against -

PABLO ARMANDO VALENZUELA,

               Defendant.

**22-CR-0633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns sine die the hearing scheduled for Friday, June 2, 2023, at 11:00 AM. The Government and the Bureau of Prisons is hereby directed to submit a report regarding Defendant's medical status following the appointment identified in the May 26, 2023 Report. (See Dkt. No. 42.) The Court hereby authorizes the Government and the Bureau of Prisons to filed a sealed copy of the report and a redacted public version, to protect Defendant's medical information.

**SO ORDERED.**

Dated:    30 May, 2023
             New York, New York

                                                     Victor Marrero
                                                      U.S.D.J.