```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES,

    - against -

PABLO ARMANDO VALENZUELA AND AARON MILLER,

                  Defendants.

22-CR-0633 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In light of the Court's acceptance of defendants' guilty pleas and upon request of the parties, the Court hereby adjourns sine die the conference in this action scheduled for August 18, 2023 at 1:00 PM. The Court further confirms the scheduling of defendant Miller's sentencing for Friday, September 22, 2023, at 1:00 PM. The Court also reschedules the sentencing of defendant Valenzuela from Friday, September 15, 2023 at 10:00 AM to 1:00 PM the same day.

**SO ORDERED.**

Dated:    12 July 2023
          New York, New York

*Victor Marrero*
U.S.D.J.