USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    - against -

PABLO ARMANDO VALENZUELA,

                  Defendant.

**22 CR 0633-1 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby reschedules the sentencing set for Friday, September 15, 2023, at 1:00 PM to 2:00 PM the same day.

**SO ORDERED.**

Dated:    5 September 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.