UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

PABLO ARMANDO VALENZUELA,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

**22 Cr. 633 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant's *pro se* motion (Dkt. No. 97) regarding the conditions of his confinement and medical treatment is **DENIED** for lack of jurisdiction. See 28 U.S.C. § 2241(a); Rumsfeld v. Padilla, 542 U.S. 426, 442-43 (2004) (a habeas petition challenging the conditions of confinement must be filed in the district where the defendant is incarcerated). Given that Defendant is incarcerated at the U.S. Penitentiary Big Sandy in Martin County, Kentucky, the Clerk of Court is respectfully directed to transfer Defendant's request to the United States District Court for the Eastern District of Kentucky.

**SO ORDERED.**

Dated:    9 June 2025
           New York, New York

                                          Victor Marrero
                                          U.S.D.J.